UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Jonathan Cobb                             }    Case No: 09-02390-TOM13
                                          }
         Debtor                           }
                                          }
                                          }

### ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

Greg Griffith, agent of American Property Locators, Inc. and on behalf of Springleaf Financial Services, Inc., f/k/a American General Finance, filed a petition for payment of funds held in the registry of the Court under 11 U.S.C. § 347 and 28 U.S.C. § 2041. The petition having been verified, funds are on hand to disburse, the Petitioner named wherein is the proper person entitled to receive said funds, proper notice having been given to the United States Attorney, Northern District of Alabama, and no objections having been made to the entering of this order,

**It is therefore ORDERED ADJUDGED and DECREED that:**

For good cause shown and on the verified petition filed and presented to the court, the Clerk of this Court is directed to pay Springleaf Financial Services, Inc., c/o American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 the sum of $1,773.77, in accordance with the averments of said petition, and that said check be sent by United States mail to the above named petitioner.

Dated: February 17, 2015

*/s/ Tamara O. Mitchell*
TAMARA O. MITCHELL
United States Bankruptcy Judge